PEARL-MAIN INVESTMENT COMPANY *v.* HOMECREST
BUILDERS AND REMODELERS, INC., ET AL.
(12590)

LAVERY, FREEDMAN and SPEAR, Js.

Argued May 31—decision released June 28, 1994

*Max F. Brunswick,* for the appellant (defendant
Anthony A. Fappiano).

*Edwin L. Doernberger,* with whom, on the brief, was
*William C. Eustace,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case
is remanded for the purpose of setting new law days.